## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:                              §
                                    §
AARON ROBERT GILBERT                §       CASE NO. 10-20179-WSH
                                    §       CHAPTER 7
                                    §
                                    §       JUDGE WILLIAM S. HOWARD

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing, LP**
**1270 Northland Drive, Suite 200**
**Mendota Heights, Minnesota 55120**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7716-N-0582
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Litton Loan Servicing, LP

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before February 4, 2010:

**Debtors' Attorney**
Alexander F Edmondson
Attorney At Law
28 W 5th St
Covington, KY  41011-1453

**Chapter 7 Trustee**
L. Craig Kendrick
7000 Houston Road, Building 300, Suite 25
Florence, Kentucky 41042

**U.S. Trustee**

/s/ Hilary B. Bonial

Hilary B. Bonial

7716-N-0582
noaelect