UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In Re:<br><br>AARON GILBERT<br><br>**Debtor(s)**<br><br>LITTON LOAN SERVICING, LP AND U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE, TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR OWNIT MORTGAGE LOAN TRUST, OWNIT MORTGAGE OAN ASSET-BACKED CERTIFICATES, SERIES 2006-3<br>**Movant(s)** | Case No. 10-20179<br><br>Chapter Seven (7)<br><br>Judge William S. Howard |

### ORDER SUSTAINING MOTION BY SECURED CREDITOR FOR RELIEF FROM STAY AND ABANDONMENT AS TO PROPERTY COMMONLY KNOWN AS 1612 ASHLEY COURT #101, FLORENCE, KY 41042

This matter having come before the Court on the Motion by secured creditor, Litton Loan Servicing, LP and U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee, for Ownit Mortgage Loan Trust, Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-3 (hereinafter "Movant") for Relief from Stay and Abandonment as to Real Property commonly known as 1612 Ashley Court #101, Florence, KY 41042, (hereinafter "Property"), the appropriate parties having been served with a copy of the Motion, and there having been no timely written objections by any party in interest to said Motion, and for good cause shown, said Motion is hereby **SUSTAINED**.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the interest of the Movant is not adequately protected and that the Debtor has no equity in the Property and the Property is not necessary to an effective reorganization. Therefore, pursuant to 11 U.S.C. § 362, the stay that issued in this action is terminated with respect to Movant, its successors and assigns. Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights to the Property. The stay shall remain terminated in the event the Debtor converts to a different chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court finds the Property burdensome and of inconsequential value and benefit to the estate. Therefore, the Trustee is hereby Ordered to Abandon the Property pursuant to 11 U.S.C. § 554(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtor has indicated a specific intent to surrender the Property. Therefore, the fourteen (14) day stay of this Order imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Movant is permitted to contact the Debtor by telephone or written correspondence, at its option, for the purpose of offering, providing and entering into any potential forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.
**THIS IS A FINAL AND APPEALABLE ORDER**

Prepared by:

**Nielson & Sherry, PSC**

/s/ Blaine J Edmonds III
--------------------------------
Blaine J Edmonds III, (KBA# 90859)
Amanda V. Green, (KBA# 89778)
NS# C1000163
Nielson & Sherry, PSC
639 Washington Avenue
Newport, KY 41071
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcy@nsattorneys.com

## NOTICE

**Pursuant to Local Rule 9022-1(c), Blaine J. Edmonds shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.**

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

AARON GILBERT
1612 ASHLEY CT APT 101
FLORENCE, KY 41042-8363

4 of 4

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Tuesday, February 23, 2010**
**(jms)**