**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**(COVINGTON)**

| | | |
|---|---|---|
| IN RE: | : | Case No.  10-20179-wsh |
| | : | (Chapter 7) |
| AARON ROBERT GILBERT | : | |
| | : | |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES

Notice is hereby given that Thomas A. Wietholter hereby enters his appearance of record as counsel for PARK NATIONAL BANK, a creditor herein.

Respectfully Submitted,

STATMAN HARRIS & EYRICH, LLC

By: /s/ Thomas A. Wietholter
THOMAS A. WIETHOLTER #81831
Attorney for Creditor
Park National Bank
441 Vine Street, #3700
Cincinnati, OH  45202
513/621-2666   Fax:  513/345-1756
Email: tawietholter@statmanharris.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served via regular U.S. mail, postage prepaid, to Alexander F. Edmondson, Attorney for Debtor, 28 W. 5th Street, Covington, KY 41011-1453; L. Craig Kendrick, Trustee, 7000 Houston Rd., Bldg. 300, Ste 25., Florence, KY 41042 and U.S. Trustee's Office,  100 E Vine St., Ste. 500, Lexington, KY 40507 and any and all attorneys of record on the ECF service list this  25th  day of February, 2010.

/s/ Thomas A. Wietholter
THOMAS A. WIETHOLTER #81831