# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In Re: Aaron Robert Gilbert

    1612 Ashley Court
    Florence, KY 41042

aka/dba:

SSN/TID: xxx–xx–3985

Debtor(s)

Case Number: 10–20179–tnw

Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 5/19/10

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: lisam                  Page 1 of 1                   Date Rcvd: May 19, 2010
Case: 10-20179                 Form ID: B18                 Total Noticed: 25

The following entities were noticed by first class mail on May 21, 2010.
db          +Aaron Robert Gilbert,   1612 Ashley Court,    Florence, KY 41042-8362
4110080     +BOONE COUNTY CLERK,   P.O. BOX 874,    BURLINGTON KY 41005-0874
4110081     +BOONE COUNTY PROPERTY TAX,   P.O. BOX 198,    3000 CONRAD LANE,   BURLINGTON KY 41005-7870
4110083     +CINCINNATI CHILDRENS CREDIT UNION,    3333 BURNET AVE.,   CINCINNATI OH 45229-3026
4110084     +CITI MASTERCARD,   7920 NW 110TH ST,    KANSAS CITY MO 64153-1270
4110085     +CRANLEY SURGICAL ASSOC.,   20 MEDICAL VILLAGE DR,    EDGEWOOD KY 41017-5401
4110087      DUKE ENERGY,   P.O. BOX 9001076,    LOUISVILLE KY 40290-1076
4110088      FIRST NATIONAL BANK OMAHA,   P.O. BOX 2557,    OMAHA NE 68103-2557
4110089     +FLORENCE,   PO BOX 1327,   FLORENCE KY 41022-1327
4110090      HUNTINGTON BANK,   7 EAST OVAL EA4W307,    COLUMBUS OH 43219
4110091     +INDEPENDENT ANESTHESIOLOGIST,    P.O. BOX 12749,   COVINGTON KY 41012-0749
4110092     +JP MORGAN CHASE BANK, N.A.,    4169 WESTPORT RD SUITE 100,    LOUISVILLE KY 40207-2747
4171325      JPMORGAN CHASE BANK,   H. E. BANKRUPTCY DEPARTMENT,    PO BOX 24785,   COLUMBUS, OH 43224-0785
4126066     +KENTUCKY DEPARTMENT OF REVENUE,    LEGAL BRANCH - BANKRUPTCY SECTION,    ATTN: LEANNE WARREN,
              P O BOX 5222,   FRANKFORT, KY 40602-5222
4110093     +KENTUCKY DEPARTMENT OF REVENUE,    FRANKFORT KY 40619-0001
4110094      LERNER, SAMPSON & ROTHFUSS,   P.O. BOX 5480,    CINCINNATI OH 45201-5480
4110095     +LITTON LOAN SERVICING,   4828 LOOP CENTRAL DRIVE,    HOUSTON TX 77081-2166
4118535     +LITTON LOAN SERVICING, LP,   1270 NORTHLAND DR, SUITE 200,    MENDOTA HEIGHTS, MN 55120-1176
4110096     +PARK NATIONAL BANK,   400 TECHNE CENTER DR,    MILFORD OH 45150-2792
4110097   ++++RENTZ MANAGMENT,   PO BOX 121027,   COVINGTON KY  41012-1027
             (address filed with court:   RENTZ MANAGMENT,    P.O. BOX 1027,   COVINGTON KY 41012)
4110098     +ST. ELIZABETH MEDICAL,   401 E. 20TH STREET,    COVINGTON KY 41014-1583

The following entities were noticed by electronic transmission on May 19, 2010.
4110082      EDI: CHASE.COM May 19 2010 18:33:00      CHASE,   P.O. BOX 15153,    WILMINGTON DE 19886-5153
4110086     +EDI: DISCOVER.COM May 19 2010 18:33:00      DISCOVER,   P.O. BOX 6103,
              CAROL STREAM IL 60197-6103
4138876      EDI: RECOVERYCORP.COM May 19 2010 18:33:00      RECOVERY MANAGEMENT SYSTEMS CORPORATION,
              25 S.E. 2ND AVENUE, SUITE 1120,   MIAMI, FL 33131-1605
4110099      EDI: AISTMBL.COM May 19 2010 18:33:00      T-MOBILE,   P.O. BOX 742596,   CINCINNATI OH 45274-2596
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Park National Bank
cr*          +Litton Loan Servicing, LP,   1270 Northland Dr,   Ste 200,   Mendota Heights, MN 55120-1176
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**            **Signature:**    _/s/ Joseph Speetjens_